## Commonwealth *v.* Dennis, Appellant.

Submitted June 11, 1969. *Oscar Spivack,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.